UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60446-CIV-ZLOCH

I'M A LITTLE TEACUP
CORPORATION,

    Plaintiff,

vs.

QUALITY PET PRODUCTS, LLC,
et al.,

    Defendants.
_____/

**DEFAULT FINAL JUDGMENT AS TO DEFENDANT QUALITY PET PRODUCTS, LLC**
**RE: LIABILITY AND INJUNCTION**

THIS MATTER is before the Court upon Plaintiff I'm a Little Teacup Corporation's Motion For Default Final Judgment And Injunction (DE 28). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

By Prior Order (DE 17) the Court struck Defendant Quality Pet Product, LLC's Answer (DE 8) and entered a default against it for failure to retain counsel as required by law. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) (corporation cannot appear pro se but must be represented by counsel). As of the date of this Order, Defendant still has failed retained counsel.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court has personal jurisdiction over the parties hereto and the subject matter herein;

2. Plaintiff I'm a Little Teacup Corporation's Motion For Default Final Judgment And Injunction (DE 28) be and the same is

hereby **GRANTED**;

3. Pursuant to Federal Rules of Civil Procedure 55, Default Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff I'm a Little Teacup Corporation and against Defendant Quality Pet Product, LLC;

4. A permanent injunction is entered against Defendant American Quality Pet Products, LLC d/b/a Quality Pet Products, LLC to prevent any further infringement and/or use whatsoever of any portion of the works depicted in the Copyrighted Website Pages to which Plaintiff holds its Copyright Registration, or the use of any substantially similar work by Defendant American Quality Pet Products, LLC d/b/a Quality Pet Products, LLC and any persons or parties in privity with said Defendant upon whom this injunction has been served;

5. The Court will enter a separate order specifying the amount damages for which Defendant American Quality Pet Products, LLC d/b/a Quality Pet Products, LLC; and

6. The Court shall entertain a separate Motion For Taxation Of Costs pursuant to 28 U.S.C. § 1920 at the conclusion of this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   30th    day of July, 2008.

　　　　　　　　　　　　　　　　　　／s／ William J. Zloch
　　　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished:
All Parties and Counsel of Record