```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 08-60446-CIV-ZLOCH
```

I'M A LITTLE TEACUP CORP.,

        Plaintiff,

                                        **O R D E R**

vs.

QUALITY PET PRODUCTS, LLC,
et al.,

        Defendants.
_____/

      THIS MATTER is before the Court upon Plaintiff I'm A Little Teacup Corp.'s Motion For An Order Compelling Discovery From Defendants Quality Pet Products, LLC, Joseph Jonathan Sowa, and Pamela A. Sowa, For Complete Failure To Respond (DE 35). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

      On or about July 17, 2008, Plaintiff served upon each of Defendants Quality Pet Products, LLC, Joseph Sowa, and Pamela Sowa a First Request for Admissions, First Set of Interrogatories, and First Request for Production of Documents. Plaintiff represents that after it gave multiple extensions to Defendants within which to file their responses, the deadline to produce said responses was September 10, 2008. See DE 35, ¶ 19. Further, Plaintiff represents that it has not received any responses to its discovery requests. Id.

      Pursuant to Federal Rule 36, Defendants' failure to timely respond to Plaintiff's First Request For Admissions requires that

they be deemed admitted.  Fed. R. Civ. P. 39(a)(3).  Further, the Court will order Defendants Defendants Quality Pet Products, LLC Joseph Jonathan Sowa, and Pamela A. Sowa to comply with Plaintiff's other discovery requests.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That Plaintiff I'm A Little Teacup Corp.'s Motion For An Order Compelling Discovery From Defendants Quality Pet Products, LLC, Joseph Jonathan Sowa, and Pamela A. Sowa, For Complete Failure To Respond (DE 35) be and the same is hereby **GRANTED**;

    2. By noon on Friday, October 17, 2008, Defendants Quality Pet Products, LLC Joseph Jonathan Sowa and Pamela A. Sowa, shall provide Plaintiff with full and complete responses to the discovery requests propounded on July 17, 2008;

    3. By noon on Friday, October 17, 2008, pursuant to Federal Rule 37, Defendants Quality Pet Products, LLC Joseph Jonathan Sowa and Pamela A. Sowa, shall file with the Clerk of this Court a Memorandum of good cause for their failure to respond to Plaintiff's discovery requests;

    4. By noon on Tuesday, October 21, 2008, Plaintiff shall file a notice with the Court indicating whether Defendants have complied with this Order;

    5. Pursuant to Federal Rule of Civil Procedure 37, on or before noon on Friday, October 10, 2008, Plaintiff shall file a

Memorandum with all necessary Affidavits and Exhibits as dictated by Local Rule of the Southern District of Florida 7.3.B, establishing for the Court the attorney's fees and costs incurred in the preparation and execution of the instant Motion (DE 35); and

     6. Upon failure of Defendants to comply with the terms and conditions of this Order, the Court will entertain the appropriate Motion For Sanctions, including, but not limited to, striking Defendants Joseph Jonathan Sowa and Pamela A. Sowa's pleadings and entering a default.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __1st__ day of October, 2008.

                                        /s/ William J. Zloch
                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:

All Parties and Counsel of Record