UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60446-CIV-ZLOCH

I'M A LITTLE TEACUP
CORPORATION,

      Plaintiff,

vs.

QUALITY PET PRODUCTS, LLC,
et al.,

      Defendants.
_____/

**DEFAULT FINAL JUDGMENT AS TO DEFENDANT QUALITY PET PRODUCTS, LLC**
<u>**RE: DAMAGES, FEES & COSTS**</u>

      THIS MATTER is before the Court upon Plaintiff's Verified Motion For Compensatory Damages, Corrective Advertising Damages, Attorneys' Fees And To Tax Costs (DE 47). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

      By prior Order (DE 31), the Court entered a Default Final Judgment as to Defendant Quality Pet Products, LLC, limited to liability and injunctive relief on Plaintiff's claims for copyright and trade dress infringement. Now the Court turns to the amount of damages, attorney's fees, and costs that should be awarded to Plaintiff.

      Pursuant to 17 U.S.C. § 504(b), a copyright owner is entitled to recover both actual damages and lost profits. Furthermore, to establish the infringer's profits, the copyright owner need only present proof of the infringer's gross revenue. 17 U.S.C. § 504(b)

(2006). It is incumbent on the infringer to prove expenses that should be deducted from the alleged gross revenue and amounts of profit not associated with the infringement. Id.

Plaintiff filed the Affidavit of John Clifford Knochel, II, Vice-President of Operations for I'm a Little Teacup, Corp., which alleges that Defendant's gross revenue from sales of Tear Stain Away is approximately $47,900.00. DE 49, p. 5. Because Defendant has failed to present proof in contradiction of this amount, it is deemed established.

Plaintiff also seeks an award for corrective advertising damages. The Court finds that corrective advertising damages are appropriate in this case because Defendant's use of Plaintiff's product descriptions and imitation of Plaintiff's website has lured potential customers away from Plaintiff by the infringing conduct and has created confusion. Although the Court has enjoined Defendant from further infringement, the injunction paired with damages for past losses is insufficient to make Plaintiff whole. For instance, customers who have been previously lured by the infringing contact may remain loyal to Defendant even though Defendant is now enjoined from continued infringement of Plaintiff's copyright and trade dress. These customers may well have decided to use Plaintiff's product, but for the actions of Defendant to lure them away. Therefore, the Court shall award a reasonable amount of corrective advertising damages.

Mr. Knochel calculates Plaintiff's corrective advertising damages as $49,352.40.  The Court will accept the testimony of Plaintiff's corporate officer to establish the appropriate award, given that it is undisputed.  See Aronowitz v. Health-Chem Corp., 513 F.3d 1229, 1241 (11th Cir. 2008).

Finally, the Court turns to Plaintiff's request for attorney's fees and costs.  Pursuant to 17 U.S.C. § 505, a district court may, in its discretion, award attorney's fees and costs to the prevailing party in a copyright infringement case.  Bourne Co. v. Hunter Country Club, Inc., 990 F.2d 934, 939 (7th Cir. 1993).  Having reviewed the affidavits and exhibits submitted in support of Plaintiff counsel's request for attorney's fees, the Court finds that an award of $1,437.50 is reasonable.  Therefore, the Court shall award attorney's fees of $1,437.50 and costs of $445.00.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court has jurisdiction over the Parties hereto and the subject matter herein;

2. Plaintiff's Verified Motion For Compensatory Damages, Corrective Advertising Damages, Attorneys' Fees And To Tax Costs (DE 47) be and the same is hereby **GRANTED;**

3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff I'm A Little Teacup Corporation and against Defendant

Quality Pet Products, LLC, as regards damages, attorney's fees, and costs;

4. Plaintiff does have and recover the sum of $99,134.90, together with post-judgment interest thereon at a rate of 0.62% per annum, in damages, fees, and costs from Defendant Quality Pet Products, LLC, for all of which let execution issue; and

5. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    27th    day of March, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record